UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

A. JOSEPH RAETANO,

    Plaintiff,

v.                                        Case No.  8:09-cv-1570-T-30TGW

P-SQUARED FAST LUBE & MORE, L.L.C.,

    Defendant.
_____/

**ORDER OF DISMISSAL**

    Before the Court is the Joint Stipulation for Voluntary Dismissal With Prejudice (Dkt. #27).  In accordance with same, it is

    **ORDERED AND ADJUDGED** as follows:

    1.    This cause is dismissed with prejudice.

    2.    No attorney's fees, litigation expenses or costs will be paid to Plaintiff in this action.

    3.    All pending motions are denied as moot.

    4.    The Clerk is directed to close this case.

    **DONE** and **ORDERED** in Tampa, Florida on September 9, 2010.

*[Signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Even\2009\09-cv-1570.dismiss 27.wpd